# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BILLINGS DIVISION

| | |
|---|---|
| TERRY ROD,<br><br>　　Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　Defendants, | CV-21-181-BLG-SPW-KLD<br><br>**ORDER** |

On October 18, 2021 a telephonic scheduling conference was held with U.S. Magistrate Judge Kathleen L. DeSoto. As discussed during the telephonic scheduling conference, the parties believe that a stay will promote judicial efficiency and preserve the parties' resources. This Court agrees. Accordingly,

IT IS HEREBY ORDERED that this case is STAYED as discussed in the telephonic conference.

IT IS FURTHER ORDERED that the parties will provide this court with a status report by December 14, 2021.

DATED this 18th day of October, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　United States Magistrate Judge